IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALID HARRISON,

    Plaintiff,                           No. 2: 10-cv-2659 MCE KJN P

    vs.

CALIFORNIA STATE PENITENTIARY
MEDICAL CARE,

    Defendant.                       <u>ORDER TO SHOW CAUSE</u>

                                                /

         On December 22, 2010, the court granted plaintiff a thirty day extension of time to file his in forma pauperis affidavit. On January 24, 2011, plaintiff filed a letter with the court stating that prison officials had not responded to his requests to complete his in forma pauperis affidavit. Plaintiff also stated that as of February 13, 2011, his new address would be 2255 Strang Avenue, San Leandro, CA, 94578.

         As of the date of this order, plaintiff has still not filed his in forma pauperis affidavit. Although plaintiff apparently is no longer incarcerated, he is still obligated to file his in forma pauperis affidavit.

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of
2  this order, plaintiff shall show cause why this action should not be dismissed for his failure to file
3  an in forma pauperis affidavit.
4  DATED: February 18, 2011

```
                              _____
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE
```

har2659.eot